**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:11cv0244 (WOB-MRM)**

**JAMES M. FLEMING**                                    **PETITIONER**

**VS.**                              **ORDER**

**ROBIN KNAB, WARDEN,**
**Chillicothe Correctional**
**Institution**                                          **RESPONDENT**


This matter is before the Court on the Report and Recommendation (Doc. #16) of the Magistrate Judge, and having considered de novo those objections filed thereto by petitioner (Doc. #17), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the motion of petitioner for default and for summary judgment (Doc. #8) be, and it hereby is, **denied**; that motion of petitioner to require respondent to amend pleadings (Doc. #14) be, and it hereby is, **denied as moot**; that respondent's motion to dismiss (Doc. #6) be, and it hereby is, **granted**; that the petition for writ of habeas corpus be, and it hereby is, **denied**; that this matter be **dismissed**, without prejudice, for failure to state a claim upon which relief can be

granted under 28 U.S.C. § 1651.  A separate Judgment shall enter concurrently herewith.

**IT IS FURTHER ORDERED** that, in light of the reasons stated in the Report and Recommendation of the Magistrate Judge, any appeal would be objectively frivolous, the Court certifies any leave to appeal *in forma pauperis* should be denied.

This 7th day of February, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge